FORM C9B
1ECB877506 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

BETH AMENDOLA ETC,

    PLAINTIFF

— vs. —

BRISTOL-MYERS SQUIBB COMPANY ET AL,

    DEFENDANT

Index No: 07 CV 6088
Date Filed: 06/28/2007
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

RAUL VALENTIN being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 07/02/2007 at 12:10PM at 345 PARK AVENUE 43RD FLOOR , NEW YORK, NY 10154, I served a true copy of the SUMMONS AND COMPLAINT upon BRISTOL-MYERS SQUIBB COMPANY the DEFENDANT therein named by delivering to, and leaving personally with JODI GUMAS, MANAGING AGENT, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: FEMALE    COLOR: WHITE    HAIR: BLONDE
APP. AGE: 35    APP. HT: 5'7    APP. WT: 130
OTHER IDENTIFYING FEATURES: GLASSES

Sworn to before me on 07/03/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

RAUL VALENTIN – 1186289
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG