PROSKAUER ROSE LLP
Bettina B. Plevan (BP 7460)
Joshua F. Alloy (JA 4372)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

| | | |
|---|---|---|
| BETH AMENDOLA, on behalf of herself and others similarly situated, | : : : | |
| Plaintiffs, | : : | 07 CV 6088 (DLC) |
| v. | : : | **(ECF CASE)** |
| BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive, | : : : | **<u>RULE 7.1 STATEMENT</u>** |
| Defendants. | : | |

----------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant Bristol-Myers Squibb Company certifies that Bristol-Myers Squibb Company has no parent corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
      July 23, 2007

PROSKAUER ROSE LLP


By:     */s/Bettina B. Plevan*           
        Bettina B. Plevan (BP 7460)
        Joshua F. Alloy (JA 4372)

1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900
Attorneys for Defendant