AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BETH AMENDOLA, on behalf of herself and others similarly situated,

        Plaintiffs,

    v.

BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive,

        Defendants.

**APPEARANCE**

Case Number: 07 CV 6088 (DLC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Bristol-Myers Squibb Company

I certify that I am admitted to practice in this court.

| 7/27/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Joshua F. Alloy | JA 4372 |
|---|---|
| Print Name | Bar Number |

1585 Broadway
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 969-3351 | (212) 969-2900 |
|---|---|
| Phone Number | Fax Number |