## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Bristol Myers Squibb. I consent to be a party plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

BETH R. AMENDOLA
Full Legal Name (Print)

*Beth R. Amendola*
Signature

3/6/07
Date

5165 NW 50 Terr.
Coconut Creek, FL
33073

Mailing Address (Print)