AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

Beth Amendola, on behalf of herself and others similarly situated, Plaintiffs,

v.

Bristol-Myers Squibb Company, and Does 1 through 20, inclusive, Defendants.

**APPEARANCE**

Case Number: 07 CV 6088 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bristol-Myers Squibb Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/21/2007 | *signature* |
| Date | Signature |
| | Suzette Ivanova — SI9513 |
| | Print Name — Bar Number |
| | 1585 Broadway |
| | Address |
| | New York, NY, 10036 |
| | City, State, Zip Code |
| | (212) 969-3136 / (212) 969-2900 |
| | Phone Number / Fax Number |