UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BETH AMENDOLA, on behalf of herself and
others similarly situated,

                                        INDEX NO: 07-CV-6088 (DLC)

            Plaintiffs,

v.

                                        AFFIRMATION OF SERVICE

BRISTOL-MYERS SQUIBB COMPANY,
and Does 1 through 20, inclusive,

            Defendants.
-----------------------------------------------------------x

       I, Elizabeth Saylor, an Associate at Emery Celli Brinckerhoff and Abady LLP, hereby affirm under penalty of perjury that I am not a party to the action am over the age of eighteen years old and reside in the County of Kings, New York:

       On September 4, 2007, I caused to be served notification of the initial pretrial court conference scheduled for September 11, 2007 with Judge Cote and the court's rules by transmitting via e-mail to the undermentioned entities. Notice was also sent via electronic filing.

                            Josh Alloy at jalloy@proskauer.com
                            Betsy Plevan at bplevan@proskauer.com

                                                                Elizabeth Saylor (ESS8091)