UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BETH AMENDOLA, on behalf of herself and   :      07 CIV. 6088 (DLC)
others similarly situated,                :
                                          :          PRETRIAL
                Plaintiff,                :      SCHEDULING ORDER
                                          :
      -v-                                 :
                                          :
BRISTOL-MYERS SQUIBB COMPANY, and Does    :   ┌─────────────────────────┐
1 through 20, inclusive,                  :   │ USDC SDNY               │
                                          :   │ DOCUMENT                │
                Defendants.               :   │ ELECTRONICALLY FILED    │
                                          :   │ DOC #: _____ │
------------------------------------------X   │ DATE FILED: 9/13/07     │
                                              └─────────────────────────┘
DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on September 11, 2007, the following
schedule shall govern the further conduct of pretrial proceedings
in this case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Freeman prior to **September 21, 2007** in
     order to pursue settlement discussions under her
     supervision.

2.   By **September 19, 2007**, counsel must submit a letter, no
     longer than three pages, to the Court regarding the standard
     for authorizing notice to potential plaintiffs.

3.   Defendants shall produce documents responsive to the July
     30, 2007 document request and answer the August 17, 2007
     interrogatories by **October 8, 2007.**

4.   The parties shall comply with their Rule 26(a)(1),
     Fed.R.Civ.P., initial disclosure obligations by **October 12,
     2007.**

5.   The following motion will be served by the dates indicated
     below.

     Plaintiff's motion for notice pursuant to FLSA § 216(b)

     -    Motion served by **November 30, 2007**
     -    Opposition served by **December 21, 2007**
     -    Reply served by **January 11, 2008**

1

At the time any Reply is served the moving party shall
supply two courtesy copies of all motion papers to Chambers
by delivering them to the Courthouse Mailroom, 8th Floor,
United States Courthouse, 500 Pearl Street, New York, New
York.

Dated:    New York, New York
          September 13, 2007

                              DENISE COTE
                    United States District Judge