UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

BETH AMENDOLA, on behalf of herself and others similarly situated,

                Plaintiff,

    -v-

BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive,

                Defendants.

------------------------------------------------------------- -X

07 CIV. 6088 (DLC) (DCF)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

    Purpose: _____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Habeas Corpus

**X** Settlement*

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
               September 12, 2007

                                            DENISE COTE
                                            United States District Judge