**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS




RECEIVED SEP 1 9 2007 CHAMBERS OF DENISE COTE

Joshua F. Alloy
Attorney at Law

Direct Dial 212.969.3351
jalloy@proskauer.com

September 18, 2007

**BY HAND DELIVERY**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Amendola v. Bristol-Myers Squibb Company*, 07 Civ. 6088 (DLC)

Dear Judge Cote:

We represent the Defendant Bristol-Myers Squibb Company in the above-captioned action, and write on behalf of both parties in order to clarify the Pretrial Scheduling Order issued on September 13. Although the Order directs that counsel must submit a letter to the Court regarding the standard for authorizing notice to potential plaintiffs by *September 19*, our notes of the pretrial conference reflect that the date set for these letters was *October 1*. A conversation yesterday with the Courtroom Deputy also confirmed this date. Accordingly, the parties jointly request that the Pretrial Scheduling Order be amended to reflect October 1 as the operative date.

Respectfully submitted,

*/s/ Joshua F. Alloy*

Joshua F. Alloy

cc:   Ilann M. Maazel (by e-mail)

*The letters are due Oct. 1.*

*/s/ Denise Cote*
Sept. 19, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07
```