SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, et al.　　　Plaintiff,

- against -

Bristol-Myers Squibb　　Defendant.
Company

7 ___ cv _6088_____ (___)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Steven Wittels　　　a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Stefanie Roemer |
| Firm Name: | Sanford Wittels & Heisler, LLP |
| Address: | 1666 Connecticut Ave, Suite 310 |
| City/State/Zip: | Washington, DC 20009 |
| Phone Number: | (202) 742-7784 |
| Fax Number: | (202) 742-7776 |

Stefanie Roemer　　　　　is a member in good standing of the Bar of the States of

Maryland and the District of Columbia

There are no pending disciplinary proceeding against   Stefanie Roemer
in any State or Federal court.

Dated:
City, State: New York, NY

Respectfully submitted,

Sponsor's　SLW-6110
SDNY Bar
Firm Name: Sanford Wittels & Heisler, LLP
Address: 950 Third Ave, 10th Fl
City/State/Zip: New York, NY 10022
Phone Number: (646) 723-2454
Fax Number: (646) 723-2948

SDNY Form Web 10/2006



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**BETH AMENDOLA, individually and on behalf of a class of all other persons similarly situated**

Plaintiffs,

v.

**BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive,**

Defendants.

Civil Action No. 1:07-cv-06088-DLC

**AFFIDAVIT OF STEVEN L. WITTELS IN SUPPORT OF MOTION TO ADMIT STEFANIE ROEMER *PRO HAC VICE***

State of New York          )
                           )      ss:
County of New York         )

Steven L. Wittels, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Sanford Wittels & Heisler, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Stefanie Roemer as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the States of New York and New Jersey and was admitted to practice law in 1984 and 1985, respectively. I am also admitted to the bar of the United States District Court of New Jersey and for the Southern and Eastern Districts of New York.

3. I have known Stefanie Roemer for over ten years.

4.  Stefanie Roemer is Senior Litigation Counsel at the Washington, D.C. offices of
    Sanford Wittels & Heisler, LLP, 1666 Connecticut Avenue, N.W., Suite 310,
    Washington, D.C. 20009.  She is admitted to the bar in the States of Maryland and
    Pennsylvania, and in the District of Columbia.

5.  I have found Stefanie Roemer to be a skilled attorney and a person of great
    integrity.  She is highly experienced in Federal practice and is familiar with the
    Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Stefanie Roemer, *pro hac
    vice*.

7.  I respectfully submit a proposed order grating the admission of Stefanie Roemer,
    *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit Stefanie Roemer,
*pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Respectfully submitted,

Steven L. Wittels, SLW-8110

Sworn to before me this
20th day of September 2007

NOTARY PUBLIC

**JEREMY HEISLER, ESQ.**
NOTARY PUBLIC, STATE OF NEW YORK
KINGS COUNTY
Reg. No. 02HE6140741
Qualified in New York County
My Commission Expires Feb. 6, 2010

2

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighth day of September, 1994,*

### Stefanie Frances Roemer

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

*In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of October, 2007.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### STEFANIE F. ROEMER

was on the    1ˢᵗ    day of    APRIL, 1996

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, et al                          Plaintiff,

                                               7    cv  6088        (      )

- against -

Bristol-Myers Squibb Company        Defendant.        **ORDER FOR ADMISSION**
                                                       **PRO HAC VICE**
                                                       **ON WRITTEN MOTION**

Upon the motion of  Steven Wittels          attorney for  Beth Amendola, et al

and said sponsor attorney's affidavit in support;

## IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Stefanie Roemer |
| Firm Name: | Sanford Wittels & Heisler, LLP |
| Address: | 1666 Connecticut Ave NW, Suite 310 |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | (202) 742-7784 |
| Email Address: | sroemer@nydclaw.com |

is admitted to practice pro hac vice as counsel for   Beth Amendola, et al          in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State: New York, NY

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BETH AMENDOLA, individually and on behalf of a class of all other persons similarly situated** | Civil Action No. 1:07-cv-06088-DLC |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| **v.** | |
| **BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive,** | |
| Defendants. | |

STATE OF NEW YORK       )
                               ) ss.
COUNTY OF NEW YORK    )

I, Howard Locker, am and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

On the 20th day of September, 2007, I served true and accurate copies of the following documents by sending by U.S. Mail: (1) Motion to admit David Sanford Pro Hac Vice, (2) Affidavit of Steven L. Wittels in Support of Motion to Admit David Sanford Pro Hac Vice, (3) Order for Admission Pro Hac Vice; (4) Motion to admit Stefanie Roemer Pro Hac Vice, (5) Affidavit of Steven L. Wittels in Support of Motion to Admit Stefanie Roemer Pro Hac Vice, and (6) Order for Admission Pro Hac Vice to Counsel for Defendant at the following addresses:

                       Bettina B. Plevan
                       Joshua F. Alloy
                       PROSKAUER ROSE LLP
                       1585 Broadway
                       New York, NY 10036-8299

                       Howard Locker

Sworn to before me this 20th
day of September, 2007

Notary Public

**JEREMY HEISLER, ESQ.**
NOTARY PUBLIC, STATE OF NEW YORK
KINGS COUNTY
Reg. No. 02HE6140741
Qualified in New York County
My Commission Expires Feb. 6, 2010