UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, et al.    Plaintiff,

- against -

Bristol-Myers Squibb Company    Defendant.

SCANNED

7 cv 6088  DLC

MOTION TO ADMIT COUNSEL
PRO HAC VICE

**MEMO ENDORSED**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Wittels a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Stefanie Roemer
Firm Name: Sanford Wittels & Heisler, LLP
Address: 1666 Connecticut Ave, Suite 310
City/State/Zip: Washington, DC 20009
Phone Number: (202) 742-7784
Fax Number: (202) 742-7776

Stefanie Roemer is a member in good standing of the Bar of the States of Maryland and the District of Columbia

There are no pending disciplinary proceeding against Stefanie Roemer in any State or Federal court.

Dated:
City, State: New York, NY

Granted.
[signature] Denise Cote
October 29, 2007

Respectfully submitted,
[signature]
Sponsor's SLW-8110
SDNY Bar
Firm Name: Sanford Wittels & Heisler, LLP
Address: 950 Third Ave, 10th Fl
City/State/Zip: New York, NY 10022
Phone Number: (646)723-2454
Fax Number: (646)723-2948

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

SDNY Form Web 10/2006