SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, et al.      Plaintiff,

- against -

Bristol-Myers Squibb      Defendant.
Company

_7_ cv  _6088_    (__)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Steven Wittels      a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | David Sanford |
| Firm Name: | Sanford Wittels & Heisler, LLP |
| Address: | 1666 Connecticut Ave, NW, Suite 310 |
| City/State/Zip: | Washington, DC 20009 |
| Phone Number: | (202) 742-7780 |
| Fax Number: | (202) 742-7776 |

David Sanford                    is a member in good standing of the Bar of the States of

Maryland and the District of Columbia

There are no pending disciplinary proceeding against  David Sanford
in any State or Federal court.

Dated:
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar  SLW-8110
Firm Name: Sanford Wittels & Heisler, LLP
Address: 950 Third Ave, 10th Fl
City/State/Zip: New York, NY 10022
Phone Number: (646) 723-2454
Fax Number: (646) 723-2948

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**BETH AMENDOLA, individually and on behalf of a class of all other persons similarly situated**

Plaintiffs,

v.

**BRISTOL-MYERS SQUIBB COMPANY, and Does 1 through 20, inclusive,**

Defendants.

Civil Action No. 1:07-cv-06088-DLC

**AFFIDAVIT OF STEVEN L. WITTELS IN SUPPORT OF MOTION TO ADMIT DAVID SANFORD** *PRO HAC VICE*

State of New York     )
                      )     ss:
County of New York    )

Steven L. Wittels, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Sanford Wittels & Heisler, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit David Sanford as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the States of New York and New Jersey and was admitted to practice law in 1984 and 1985, respectively. I am also admitted to the bar of the United States District Court of New Jersey and for the Southern and Eastern Districts of New York.

3. I have known David Sanford for more than thirty years.

4.  David Sanford is a partner at the Washington, D.C. offices of Sanford Wittels &
    Heisler, LLP, 1666 Connecticut Avenue, N.W., Suite 310, Washington, D.C.
    20009. He is admitted to the bar in the State of Maryland, and in the District of
    Columbia.

5.  I have found David Sanford to be a skilled attorney and a person of exemplary
    integrity. He is highly experienced in Federal practice and is familiar with the
    Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of David Sanford, *pro hac
    vice*.

7.  I respectfully submit a proposed order grating the admission of David Sanford,
    *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit David Sanford,
*pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Respectfully submitted,

Steven L. Wittels SLW-8110

Sworn to before me this
20th day of September 2007

NOTARY PUBLIC

**JEREMY HEISLER, ESQ.**
NOTARY PUBLIC, STATE OF NEW YORK
KINGS COUNTY
Reg. No. 02HE6140741
Qualified in New York County
My Commission Expires Feb. 6, 2010

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
##### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### DAVID W. SANFORD

was on the    3rd    day of    APRIL, 1998

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-fifth day of June, 1997,*

### David Weissbord Sanford

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of October, 2007.*

*Alexander L. Cummings*
*Clerk of the Court of Appeals of Maryland*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, et al                Plaintiff,

7  cv  6088        (      )

- against -

Bristol-Myers Squibb Company        Defendant.        **ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Steven Wittels          attorney for  Beth Amendola, et al

and said sponsor attorney's affidavit in support;

### IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | David Sanford |
| Firm Name: | Sanford Wittels & Heisler, LLP |
| Address: | 1666 Connecticut Ave NW, Suite 310 |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | (202) 742-7780 |
| Email Address: | dsanford@nydclaw.com |

is admitted to practice pro hac vice as counsel for   Beth Amendola, et al          in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____

United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.
COUNTY OF NEW YORK )

I, Katherine Blakeley, am and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

On the 1st day of November, 2007, I served true and accurate copies of Plaintiff's MOTION FOR ADMISSION OF DAVID W. SANFORD PRO HAC VICE, by electronic notification to the following :

> Bettina B. Plevan
> Joshua F. Alloy
> PROSKAUER ROSE LLP
> 1585 Broadway
> New York, NY 10036-8299
>
> *Counsel for Defendant Bristo-Meyers Squibb*

By: S/ _____
                Katherine Blakeley

Sworn to before me this ___ th
day of November, 2007

_____
Notary Public

STEPHANIE VANGELATOS
NOTARY PUBLIC, STATE OF NEW YORK
QUEENS COUNTY, Reg. No. 01VA6143514
My Commission Expires April 10, 20 ___