SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Beth Amendola, et al.    Plaintiff,

- against -

Bristol-Myers Squibb Company    Defendant.

7 cv 6088 (__)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Wittels    a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David Sanford
Firm Name: Sanford Wittels & Heisler, LLP
Address: 1666 Connecticut Ave, NW, Suite 310
City/State/Zip: Washington, DC 20009
Phone Number: (202) 742-7780
Fax Number: (202) 742-7776

David Sanford    is a member in good standing of the Bar of the States of Maryland and the District of Columbia

There are no pending disciplinary proceeding against David Sanford in any State or Federal court.

Dated:
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar SLW-8110
Firm Name: Sanford Wittels & Heisler, LLP
Address: 950 Third Ave, 10th Fl
City/State/Zip: New York, NY 10022
Phone Number: (646) 723-2454
Fax Number: (646) 723-2948

Granted.
/s/ Denise Cote
November 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

SDNY Form Web 10/2006