**MEMO ENDORSED**

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O ANDREW F WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

December 21, 2007

**By Hand**


RECEIVED DEC 26 2007 CHAMBERS OF DENISE COTE

Honorable Denise Cote
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

    Re:    *Amendola v. Bristol-Myers Squibb Company*, 07 Civ. 6088 (DLC)

Your Honor:

    We represent plaintiff and the putative members of the collective action in the above-captioned case. Today we served defendant with our motion for notice pursuant to FLSA § 216(b) and accompanying papers. We have not filed the papers yet, however, due to Your Honor's order not to file any documents under seal without the Court's prior permission. Defendants are currently reviewing the documents we served to determine which they deem confidential. We will confer with them in good faith and then request permission of Your Honor to file certain documents under seal. If there are disputes between the parties regarding the confidentiality of documents, we will present them to Your Honor pursuant to the Stipulation and Order of Confidentiality. If Your Honor would prefer that we follow an alternate procedure, we will of course follow your guidance.

Respectfully Submitted,

Ilann Maazel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

c:    Bettina Plevan and Josh Alloy (by fax and e-mail)

*Any request to seal shall be submitted to the Court by 1/15/08.*

*Denise Cote*
*January 2, 2008*