UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

| | |
|---|---|
| BETH AMENDOLA, et al, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BRISTOL-MYERS SQUIBB COMPANY, § <br> § <br> Defendants. § <br> § | CAUSE NO. 07-cv-6088-DLC <br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name:   James A. Jones
Firm Name:          Gillespie, Rozen, Watsky & Jones, P.C.
Address:            3402 Oak Grove Avenue, Suite 200
City/State/Zip:     Dallas, Texas 75204
Phone Number:       (214) 720-2009
Fax Number:         (214) 720-2291

James A. Jones is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against James A. Jones in any State or Federal court.

Dated: Jan 4, 2007 2008
City, State:   New York, New York.

                Respectfully submitted:

By: _____
    Jonathan S. Abady (JA 5147)
    EMERY CELLI BRINCKERHOFF & ABADY, LLP
    75 Rockefeller Plaza, 20th Floor
    New York, New York 10019
    (212) 763-5000 phone
    (212) 763-5001 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BETH AMENDOLA, et al, § § Plaintiffs, § § v. § BRISTOL-MYERS SQUIBB COMPANY, § § Defendants § | | CAUSE NO. 07-cv-6088-DLC **AFFIDAVIT OF JONATHAN S. ABADY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Jonathan S. Abady, being duly sworn, hereby deposes and says as follows:

1. I am a member of Emery Celli Brinckerhoff & Abady, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit James A. Jones as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May of 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. James A. Jones is a member of Gillespie, Rozen, Watsky & Jones, P.C. in Dallas, Texas.

4. I have found Mr. Jones to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of James A. Jones, *pro hac vice*.

6. I respectfully submit a proposed order granting admission of James A. Jones, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit James A. Jones, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: 1/4, 2008

City, State: New York, New York

Notarized:

ELIZABETH SAYLOR
Notary Public, State of New York
No. 02SA6081608
Qualified in Kings County
Commission Expires Oct. 7, 20 10

Respectfully submitted:

By: _____
Jonathan S. Abady (JA 5147)
EMERY CELLI BRINCKERHOFF & ABADY, LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000 phone
(212) 763-5001 fax

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this 7th day of ~~December~~ January, 200~~7~~ 8, in the following manner to:

Bettina Barasch Plevan, Esq.
Joshua F. Alloy, Esq.
Suzette Ivanova, Esq.
PROSKAUER ROSE, LLP
1585 Broadway
New York, New York 10036

David Sanford, Esq.
Stefanie Roemer, Esq.
SANFORD WITTELS & HEISLER, LLP
1666 Connecticut Ave., Ste. 310
Washington, D.C. 20009

Charles E. Joseph
Michael D. Palmer, Esq.
Daniel Kirschenbaum, Esq.
JOSEPH & HERZFELD, LLP
757 Third Avenue, 25th Floor
New York, New York 10017

Eric B. Kingsley, Esq.
KINGSLEY & KINGSLEY, APC
16133 Ventura Blvd., Ste. 1200
Encino, California 91436

James A. Jones, Esq.
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204

Ira Spiro
Gregory N. Karasik
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., 5th Fl.
Los Angeles, California 90064

☐ Hand Delivery
■ U.S. First Class Mail, postage pre-paid
☐ Certified Mail, Return Receipt Requested
☐ Overnight Express Mail
☐ Facsimile
☐ Electronic Mail (*e-mail*)

_____
Jonathan S. Abady

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this 7th day of ~~December~~ January, 2008, in the following manner to:

| | |
|---|---|
| Bettina Barasch Plevan, Esq.<br>Joshua F. Alloy, Esq.<br>Suzette Ivanova, Esq.<br>PROSKAUER ROSE, LLP<br>1585 Broadway<br>New York, New York 10036 | David Sanford, Esq.<br>Stefanie Roemer, Esq.<br>SANFORD WITTELS & HEISLER, LLP<br>1666 Connecticut Ave., Ste. 310<br>Washington, D.C. 20009 |
| Charles E. Joseph<br>Michael D. Palmer, Esq.<br>Daniel Kirschenbaum, Esq.<br>JOSEPH & HERZFELD, LLP<br>757 Third Avenue, 25th Floor<br>New York, New York 10017 | Eric B. Kingsley, Esq.<br>KINGSLEY & KINGSLEY, APC<br>16133 Ventura Blvd., Ste. 1200<br>Encino, California 91436 |
| James A. Jones, Esq.<br>GILLESPIE, ROZEN, WATSKY & JONES, P.C.<br>3402 Oak Grove Avenue, Suite 200<br>Dallas, Texas 75204 | Ira Spiro<br>Gregory N. Karasik<br>SPIRO MOSS BARNESS, LLP<br>11377 West Olympic Blvd., 5th Fl.<br>Los Angeles, California 90064 |

☐ Hand Delivery
■ U.S. First Class Mail, postage pre-paid
☐ Certified Mail, Return Receipt Requested
☐ Overnight Express Mail
☐ Facsimile
☐ Electronic Mail (*e-mail*)

_____
Jonathan S. Abady

---

AFFDIAVIT OF JONATHAN S. ABADY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*   PAGE 3

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **James A. Jones**, Bar **#10908300**, was duly admitted to practice in said Court on **December 13, 1995**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on October 11, 2007.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

December 10, 2007


RE:   **Mr. James A. Jones**
      State Bar Number - **10908300**

To Whom it May Concern:

This is to certify that Mr. James A. Jones was licensed to practice law in Texas on May 10, 1985 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


*John A. Neal*
John A. Neal
Chief Disciplinary Counsel

JN/dh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BETH AMENDOLA, et al, | § § § | CAUSE NO. 07-cv-6088-DLC |
| Plaintiffs, | § § | |
| v. | § § | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| BRISTOL-MYERS SQUIBB COMPANY, | § § | **ON WRITTEN MOTION** |
| Defendants | § | |

Upon the Motion of Jonathan S. Abady, attorney for Plaintiffs in the above captioned matter, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | James A. Jones |
| Firm Name: | Gillespie, Rozen, Watsky & Jones, P.C. |
| Address: | 3402 Oak Grove Avenue, Suite 200 |
| City/State/Zip: | Dallas, Texas 75204 |
| Phone Number: | (214) 720-2009 |
| Fax Number: | (214) 720-2291 |
| Email Address: | jaj@grwlawfirm.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:    New York, New York


_____
United States District/Magistrate Judge