UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

<table>
<tr><td></td><td>:</td><td></td></tr>
</table>

```
                                         :
BETH AMENDOLA, on behalf of herself and  :
others similarly situated,               :
                          Plaintiff,     :      07 Civ. 6088 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
BRISTOL-MYERS SQUIBB COMPANY, and Does   :
1 through 20, inclusive,                 :
                          Defendants.    :
                                         :
```
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-08

DENISE COTE, District Judge:

By letter dated January 15, 2008, the defendant Bristol-
Myers Squibb Company requested that certain exhibits to
Plaintiff's Motion for FLSA § 216(b) Notice be filed under seal.
It is hereby

ORDERED that the defendant's request to seal the exhibits
listed in its January 15 letter is granted.

SO ORDERED:

Dated:    New York, New York
          January 22, 2008

                              _____
                              DENISE COTE
                              United States District Judge