# MEMO ENDORSED

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

## PROSKAUER ROSE LLP

Joshua F. Alloy
Attorney at Law

Direct Dial 212.969.3351
jalloy@proskauer.com

January 29, 2008


JAN 30 2008
CHAMBERS OF
DENISE COTE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

**BY HAND DELIVERY**

Hon. Denise L. Cote
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Amendola v. Bristol-Myers Squibb Company*, 07 Civ. 6088 (DLC)

Dear Judge Cote:

We represent the Defendant Bristol-Myers Squibb Company ("BMS") in the above-captioned case, and we write, with Plaintiff's consent and pursuant to your Individual Practice Rule 2(B), to request an expansion of page limitations for Defendant's memorandum of law in opposition to Plaintiff's Motion for FLSA §216(b) Notice, which is due February 6, 2008. Specifically, due to the nature of the claims, which raise issues that are questions of law for the Court, we request that the Court permit Defendant to submit an opposition brief of no more than 35 pages. Plaintiff consents to the request, but only provided that Plaintiff be permitted to submit a reply brief of no more than 20 pages (to which Defendant also consents).

We are available at Your Honor's convenience to address any questions that may arise.

Respectfully submitted,

*Josh Alloy*
Joshua F. Alloy

Granted.
*Denise Cote*
February 4, 2008

cc:   Ilann M. Maazel and Elizabeth S. Saylor (by fax and e-mail)