# Exhibit 3

# BETH AMENDOLA

*5165 NW 50th Terrace*
*Coconut Creek, FL  33073*

*(954) 439-3625*                                                                                       *bethamendola@yahoo.com*

## SUMMARY

An experienced and award-winning **Pharmaceutical Sales / Territory Business Manager** known for creativity in sales and marketing and strengths in relationship/rapport-building focused on exceeding targets, and increasing market share. Known for drive to serve needs/customer satisfaction, think outside the box, enjoy the game and win. Consistently ranked top of sales force for the nation (Four Time Pinnacle Winner).

## PROFESSIONAL EXPERIENCE

**BARRIER THERAPEUTICS**, Princeton, New Jersey                                              2006
**Specialty Sales Representative**

**BRISTOL MYERS SQUIBB PHARMACEUTICALS**, Broward County, FL                 1998 – 2006

**Territory Business Manager**
- Ranked Top of primary care sales force each year.
- Pinnacle winner 2004.
- Launched Tequin and moved market share from zero to 15% to be #1 in the nation in 2004.
- Served as Member Advisory Board 2003.
- Recognized as Pinnacle Winner 2000.
- Named Pinnacle Winner 1999.
- Received Pinnacle Award 1998.
- Team mentor and coach for new representatives.
- June Jump Contest winner (achieved the most PDEs in Southeast region).
- Strong team player with CV/Met specialists.
- Developed strong relationships with high volume prescribers as well as hospitals, clinics, and pharmacies.
- Sold Cefzil to Pediatricians (instrumental in winning 3 pinnacles).
- Successfully sold Vaniqa to Dermatologists to increased incentive compensation.
- Won Wave 1 of the Plavix High Definition Contest.
- Successfully sold Plavix to Cardiologists, Vascular Specialists, Primary Care
- Increased market share significantly by selling Glucophage, Glucophage XR, and Glucovance to Endocrinologists and Primary Care
- Marketed Serzone and Buspar to Psychiatrists, Neurologists, Primary Care
- Sold Pravachol to Cardiologists and Primary Care, meeting and exceeding targets

**SCIOS PHARMACEUTICALS INC.**, North Miami through Jupiter, FL                  1992 – 1998

**Specialty Sales Manager**
- Recognized for Highest Injectable Sales for all hospitals and clinics in the nation
- Established Superior Working Relationships with in-house pharmacists
- Conducted in-service classes in psych clinics and hospitals
- Developed and implemented training classes for new representatives
- Formed lasting relationships with psychiatrists, pa.s, amp.s, and ms.

**MMD INC., GENESIS PHARMACALS, NOVARTIS**, West Palm Beach, FL            1996 – 1998

**Sales Representative**
- Successfully sold the Glytone skin care line to dermatologists winning first place nationally in an after-the-summer sales contest.
- Successfully sold Minocin to Dermatologists, and Triaminic to Pediatricians.
- Formed lasting relationships with local pharmacies to get better shelf and display space for Triaminic.

## EDUCATION

**BA,** English Literature, Brooklyn College, Brooklyn, NY
Graduate studies, English Literature, Long Island University, Brooklyn, NY



EXHIBIT

8

1-28-08-BF

PENGAD 800-631-6989