# Exhibit 6

The website for pharmaceutical sales professionals

# cafepharma

the website for pharmaceutical sales professionals

chat | research | boards | classifieds | rep tools | networking

## Unpaid overtime

If you are a current or former pharmaceutical company employee who promoted products to doctors, you may be entitled to payment for past and future overtime.



Click here or call toll-free:
Joseph & Herzfeld: 866-348-7394
Kingsley & Kingsley: 888-500-8469

Per court order, we cannot communicate with Pfizer reps.

**pharmaceutical sales jobs**
Exclusive Provider of $100K+ Jobs To CareerJournal. Search Jobs Now!
www.TheLadders.com

**Pharmaceutical Sales Jobs**
Job Site Specializing in Healthcare Post a Resume & Access Resources.
HealthcareReps.com

**Pharmaceutical Sales Jobs**
Pharmaceutical Sales Jobs posted daily, search and apply online.
www.ihirepharmacy.com

Ads by Google



novo nordisk is changing diabetes

### current news

hand-selected seven days a week

sponsored by **Handbooks in Health Care**.



### new on cafepharma

**Sign up for free biotech and pharmaceutical publications**

See the latest pharma and biotech news releases on our new **releases page**

Looking to break into the pharmaceutical industry? Click here to network on cafepharmareach

**How can a pharmaceutical rep add value to a physician's practice?**

get the top pharma headlines delivered to your email each week

**Roche sales rise fueled by Avastin,**

**Pharmaceutical/Medical Device Sales Positions**
We have been recruiting exclusively for Pharmaceutical & Medical Device SALES positions since 1987

**Hertz Local Edition**
Special savings. Free pick-up. Unlimited miles. Book online today.

**Insider Reveals SECRETS of Pharma Sales Success**
WARNING: If you enjoy working hard with little gain or no reward, then this isn't for you!

**EMAIL YOUR RESUME TO OVER 1000 MEDICAL**

The website for pharmaceutical sales professionals

# cafepharma

the website for pharmaceutical sales professionals

chat | research | boards | classifieds | rep tools | networking



## Unpaid Overtime?

Pharma Reps: Don't let the time run out on your ability to reclaim unpaid overtime from a drug company employer.

Click here or call toll-free:
Joseph & Herzfeld: 866-348-7394
Kingsley & Kingsley: 888-500-8469

Per court order, we cannot communicate with Pfizer reps.

**pharmaceutical sales jobs**
Exclusive Provider of $100K+ Jobs To CareerJournal. Search Jobs Now!
www.TheLadders.com

**Pharmaceutical Sales Jobs**
Job Site Specializing in Healthcare Post a Resume & Access Resources.
HealthcareReps.com

**Pharmaceutical Sales Jobs**
Pharmaceutical Sales Jobs posted daily, search and apply online.
www.ihirepharmacy.com



Ads by Google
novo nordisk is changing diabetes

### current news

hand-selected seven days a week

*sponsored by* **Handbooks in Health Care:**

How can a pharmaceutical rep add value to a physician's practice?



### new on cafepharma

**See the latest pharma and biotech news releases on our new releases page**

**Sign up for free biotech and pharmaceutical publications**

Looking to break into the pharmaceutical industry? Click here to network on cafepharmareach

**Pharmaceutical/Medical Device Sales Positions**
We have been recruiting exclusively for Pharmaceutical & Medical Device SALES positions since 1987

**Quality Steel Buildings**
Premium quality steel buildings at rock bottom pricing. Free Quotes.

**Insider Reveals SECRETS of Pharma Sales Success**
WARNING: If you enjoy working hard with little gain or no reward, then this isn't for you!

**EMAIL YOUR RESUME TO OVER 1000 MEDICAL**

**Roche sales rise fueled by Avastin,**

get the top pharma headlines delivered to your email each week