# Exhibit 7




To find out more send us your information and a law associate will get back to you to assist you in person within 48 hours...

* First Name:
* Last Name:
Phone:
Cell Phone:
Street Address:
City:
State:        ZIP:
* E-mail:
Comments:

* required field                    submit

Click tabs below to learn more...

### Overtime and Wage Law

Do you work or have you in the past worked more than 40 hours per week pharmaceutical sales representative within the last 6 years?

If so, you may be entitled to tens of thousands of dollars of overtime pay.

We now represent thousands of sales reps, throughout the country, in cla actions against pharmaceutical companies including Novartis and Johnso Johnson. "Pharmaceutical sales representatives shouldn't be exempt bec they don't have much discretion or control over their work." said plaintiffs David Sanford of Sanford, Wittels & Heisler in Washington.

Contact us now to determine what your economic rights are under the law

### Age Discrimination
### Gender Discrimination or Sexual Harassment
### Whistle Blowing

Pharmalegal • 950 Third Ave., 11th Floor New York, NY 10016 • 1-877-6Pharma

Site Contents © Pharmalegal. All Rights Reserved.



# Pharmaceutical Rep Overtime Compensation

Kingsley & Kingsley, APC (888) 500-8469 — Spiro Moss Barness LLP (800) 675-0015 — Joseph & Herzfeld, LLP (866 Emery Celli Brinckerhoff & Abady

- **home**
- **about us**
- **papers filed in court**
- **news coverage**
- **FAQs**
- **contact us**

For Amgen Reps

**SUBMIT A CASE EVALUATION FORM**

Name:
Phone Number:
Email Address:
Tell us about your case:

SUBMIT



**LEGAL ADVERTISEMENT - PHARMACEUTICAL REPS: IMPORTANT NOTICE, PLEASE READ CAREFULLY**

If you worked as a Pharmaceutical "Sales" Representative* in the last several years and were not paid additional compensation for overtime work, you must act quickly to preserve your ability to recover overtime compensation.

Pursuant to court order, the attorneys for the plaintiffs are prohibited from discussing the case with potential Pfizer class members unless and until the Court orders otherwise.

**WE CAN HELP**

We are a team of attorneys who investigated pharmaceutical companies' practices and brought lawsuits alleging that pharmaceutical companies have systematically failed to pay overtime to its "sales" reps because they erroneously classified them as exempt from overtime.

If you are a Pharmaceutical "Sales" Rep who has worked more than 40 hours per week at any point in the last several years, we would like to talk to you. Please contact us by filling out the confidential form at the bottom of the page. Alternatively, if you would like a confidential consultation with an attorney at no charge, you can contact us at (888) 500-8469 or (866) 348-7394

*Please be aware that the transmission of an e-mail inquiry itself does not mean that we have agreed to become your attorneys. We will not serve as your counsel unless and until there is written agreement as to the terms of the representation.*

**DISCLAIMER**

Kingsley & Kingsley, APC and Joseph & Herzfeld, LLP do not offer any guarantee of results. Kingsley & Kingsley is a California firm with attorneys admitted only in California. Joseph & Herzfeld is a New York firm with attorneys admitted only in

New York and New Jersey. By affiliating with local counsel, we bring claims throughout the country.

### RECENT LAWSUITS ALLEGING UNPAID OVERTIME

Current and former Pharmaceutical Representatives are initiating individual and class action lawsuits alleging that they are entitled to overtime compensation because their employers improperly classified them as exempt under the Fair Labor Standards Act (FLSA) and similar state laws. Under the FLSA, non-exempt employees are entitled to overtime compensation for hours worked in excess of 40 hours per week, even if they are paid guaranteed salaries.

### YOUR RIGHTS

If you are a current or former pharmaceutical company employee who promoted pharmaceutical products to doctors, you may be entitled to payment for past and future overtime.

Pharmaceutical "Sales" Representatives are frequently misclassified as exempt from FLSA's overtime requirements by their employers based on the "outside sales" exemption and/or the "administrative" exemption. The fact that you are salaried and deemed exempt by your employer has little bearing on whether you are in fact exempt. The largest recoveries in the overtime field are for salaried employees that have been misclassified.

> We believe that the "outside sales" and "administrative" overtime exemptions do not apply to Pharmaceutical Reps.

### WHAT YOU MAY BE OWED

Federal Law mandates that as a penalty, employers who willfully fail to pay their employees overtime must pay an amount equal to twice what should have been paid. Many states have their own overtime rules, often more protective of employees' rights than the federal rules.

Various state laws, including New York, California, New Jersey, Illinois, Pennsylvania, and many others, provide that you should be paid overtime for work performed in excess of 40 hours per week. In addition, in California you are entitled to additional wages for missed meal breaks and former employees can receive a 30 day waiting time penalty for unpaid wages. In New York, a six year statute of limitations (the deadline imposed by law within which you may bring a lawsuit) applies. In California, a four year statute of limitations applies. However, if you are no longer employed at the company, each day that passes may limit your damages.

### ACT NOW

With our experience in wage and hour law, we can determine whether and what you are owed for your overtime.

Please be aware that the statute of limitations (the deadline imposed by law within which you may bring a lawsuit) may severely limit the time for you to file any potential claims. It is in your best interest to contact us as soon as possible.

Because we work on a contingency fee, you will not be charged anything for a consultation, for our legal advice or for joining the lawsuit. You will not pay any

legal fees. In class action suits like these, the attorneys fees are paid if and when we reach a successful settlement. The precise terms of the engagement will be determined by the ethical rules of the appropriate jurisdiction.

If you have a lawyer, you should check with him or her. If you don't, you may contact us to determine if we can advise you. We are not giving legal advice and this is not intended to provide legal advice to any individual. Any individual requiring legal advice should consult their own attorney first.

**Pursuant to court order, the attorneys for the plaintiffs are prohibited from discussing the case with potential Pfizer class members unless and until the Court orders otherwise.**

Thank you for filling out the form below.

| | |
|---:|---|
| First Name | |
| Last Name | |
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State | |
| Zip Code | |
| Country | |
| Telephone Number | ( )  -  |
| E-mail Address | |
| Do you confirm that you have not worked for pfizer or its affiliates in the last 5 years? | |
| Comments | |

[ Send ]

home | about us | papers filed in court | news coverage | age discrimination | contact us