Exhibit 8

pharmarepovertime.com | Pharmaceutical Reps | Pharmaceutical Sales Representative Overtime Comp...

☒ Pharmaceutical Rep Overtime Compensation

**Kingsley & Kingsley, APC** (888) 500-8469 — **Spiro Moss Barness LLP** (800) 675-0015 — **Joseph & Herzfeld, LLP** (866 **Celli Brinckerhoff & Abady**

home

about us

papers filed in court

news coverage

FAQs

contact us



**SUBMIT A CASE EVALUATION FORM**

Name:

Phone Number:

Email Address:

Tell us about your case:

SUBMIT

These are the complaints that have already been filed in court; we are also planning to file lawsuits against other drug companies. Even if you work for one of the companies that has already been sued for violating employees' overtime pay, we would still like to hear from you. These suits are class actions, which means that we can continually add plaintiffs to the lawsuit, if they have also suffered the same consequences.

If you work or worked for a company that is not listed here, we can also provide you with information about state and federal overtime laws and future lawsuits.

Abbott

Amgen

Astrazeneca

Bayer

Boehringer-Ingelheim

Amendola et al v. Bristol-Myers Squibb

Fung et all v. Bristol-Myers Squibb

Eli Lilly

GLAXOSMITHKLINE

Hoffman-LaRoche

Johnson & Johnson

Merck

Lopes et al v. Novartis Corp.

White, Tobertga et al v. Norvartis Corp.

Sanofi-Aventis

Schering Plough

Wyeth

---

## ACT NOW

With our experience in wage and hour law, we can determine whether and what you are owed for your overtime.

Please be aware that the statute of limitations (the deadline imposed by law within which you may bring a lawsuit) may severely limit the time for you to file any potential claims. It is in your best interest to contact us as soon as possible.

Because we work on a contingency fee, you will not be charged anything for a consultation, for our legal advice or for joining the lawsuit. You will not pay any legal fees. In class action suits like these, the attorneys fees are paid if and when we reach a successful settlement. The precise terms of the engagement will be determined by the ethical rules of the appropriate jurisdiction.

If you have a lawyer, you should check with him or her. If you don't, you may contact us to determine if we can advise you. We are not giving legal advice and this is not intended to provide legal advice to any individual. Any individual requiring legal advice should consult their own attorney first.

Thank you for filling out the form below.

| | |
|---|---|
| First Name | |
| Last Name | |
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State | |
| Zip Code | |
| Country | |
| Telephone Number | ( ) - |
| E-mail Address | |

Do you confirm that you have not worked for pfizer or its affiliates in the last 5 years?

Comments

[ Send ]



**Kingsley & Kingsley, APC** (888) 500-8469 — **Spiro Moss Barness LLP** (800) 675-0015 — **Joseph & Herzfeld, LLP** (866 **Emery Celli Brinckerhoff & Abady**

home

about us

papers filed in court

news coverage

FAQs

contact us

For Amgen Reps

SUBMIT
A CASE
EVALUATION FORM

Name:

Phone Number:

Email Address:

Tell us about your
case:

SUBMIT

### Abbott sued by drug reps on overtime pay

June 29, 2007 -- Chicago Tribune
Pharmaceutical sales representatives, often maligned as good-looking, high-priced caterers of Subway sandwiches and Olive Garden meals to doctors' offices, are suing their employers, saying they are deprived of overtime pay "earned and owed." On Thursday, North Chicago-based Abbott Laboratories became the latest target of plaintiffs' attorneys bringing class-action suits on behalf of potentially hundreds of current and former drug reps against the powerful pharmaceutical industry. The plaintiffs say drugmakers have for years violated state and federal overtime laws.

### Sales Reps File More Overtime Lawsuits

June 28, 2007 -- Pharmalot.com
Sales reps are filing lawsuits today against two more drugmakers - Bristol-Myers Squibb and Abbott Labs - over alleged violations of state and federal overtime laws. With these filings, all of the biggest drugmakers face overtime lawsuits in state and federal courts, according to the lawyers for the sales reps.

### BMS, Abbott face drug-rep class suit

June 28, 2007 -- United Press International
Drug sales representatives Thursday filed a class action suit against U.S. firms Bristol-Myers Squibb and Abbot seeking overtime back pay. The complaint charges that the companies unlawfully classify pharmaceutical sales representatives as "exempt" under the Fair Labor Standards Act, a status that keeps the reps from collecting compensation for working overtime.

### Kingsley & Kingsley Announces Pharmaceutical Reps File Overtime Lawsuits Against Bristol-Myers Squibb and Abbot Laboratories

June 28, 2007 -- Business Wire (press release)
This morning, pharmaceutical representatives filed lawsuits against the pharmaceutical giants Bristol-Myers Squibb and Abbott Laboratories. The suits are the latest in a series of class actions by employees for violation of state and federal overtime laws by drug companies. All of the largest drug companies are now facing national overtime lawsuits filed in state and federal courts in California, New York, New Jersey, Illinois and Connecticut.

### Drug firm reps sue for overtime

*Los Angeles Times*
Plaintiffs say Pfizer, J&J and others gave them managerial job titles to evade salary obligations. By Molly Selvin, Times Staff Writer. ...

### Sales reps sue drug giants on overtime pay

United Press International
Present and former US sales reps for eight major drug companies
have filed suit against the companies ...

### Pfizer, J&J and other drug makers are sued over overtime pay

*St. Louis Post-Dispatch*
Pfizer Inc., Johnson & Johnson and six other drug companies have
been sued by current and former ...

### Pharmaceutical Representatives File Nationwide Overtime Pay

Business Wire (press release)
Current and former employees of eight drug industry titans –
AstraZeneca, Pfizer, Johnson & Johnson, Amgen, Eli Lilly,
Hoffman ...

### Sales Reps Sue Drug Companies Over OT

Associated Press
Susan Schaefer LaRose quit her sales job in May after 18 years
with pharmaceutical giant Eli Lilly and Co., ...

### New Lawsuit Filed Against Sanofi -Aventis U.S. for Failure to Pay Pharmaceutical Reps Overtime

Business Wire (press release)
The pharmaceutical giant Sanofi-Aventis U.S. is the latest target of
a series of lawsuits

### Drug salespeople sue for unpaid overtime

*The National Law Journal*
Following what lawyers describe as a growing trend in class action
overtime litigation, thousands of pharmaceutical representatives are
suing eight major drug companies over unpaid overtime

ARTICLES OF INTEREST

## Healthy Sales

*CRM Magazine*
A feature of pharmaceutical sales reps' lives for over 15 years,
CRM gains even more importance in today's highly competitive
healthcare market.

---

## ACT NOW

With our experience in wage and hour law, we can determine whether and what
you are owed for your overtime.

Please be aware that the statute of limitations (the deadline imposed by law
within which you may bring a lawsuit) may severely limit the time for you to file
any potential claims. It is in your best interest to contact us as soon as possible.

Case 1:07-cv-06088-DLC    Document 28-11    Filed 02/06/2008    Page 6 of 6

Because we work on a contingency fee, you will not be charged anything for a consultation, for our legal advice or for joining the lawsuit. You will not pay any legal fees. In class action suits like these, the attorneys fees are paid if and when we reach a successful settlement. The precise terms of the engagement will be determined by the ethical rules of the appropriate jurisdiction.

If you have a lawyer, you should check with him or her. If you don't, you may contact us to determine if we can advise you. We are not giving legal advice and this is not intended to provide legal advice to any individual. Any individual requiring legal advice should consult their own attorney first.

Thank you for filling out the form below.

First Name
Last Name
Address Line 1
Address Line 2
City
State
Zip Code
Country
Telephone Number (            )            -
E-mail Address

Do you confirm that you have not worked for pfizer or its affiliates in the last 5 years?

Comments

Send