# Exhibit 11

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

September 11, 2007

**By Hand**

Honorable Denise Cote
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

      Re:    *Amendola v. Bristol-Myers Squibb Company*, 07 Civ. 6088 (DLC)

Your Honor:

      We represent plaintiffs in the above-captioned action. Per Your Honor's Individual Rules, and in advance of this afternoon's initial conference, enclosed please find courtesy copies of the Complaint and the Answer. The parties have conferred and have agreed to many (but not all) aspects of a discovery schedule. On the following page, we attach plaintiffs' proposed discovery schedule, with defendant's proposed modifications in bold.

                                                      Respectfully submitted,

                                                        Ilann M. Maazel

IMM:ij
Encls.

EMERY CELLI BRINCKERHOFF & ABADY LLP

Plaintiffs' Proposed Discovery Schedule
**(with defendant's proposed modifications in bold)**

| | |
|---|---|
| BMS production in response to Plaintiffs' First Combined Discovery Requests dated July 30, 3007 and reserved on August 17, 2007, and response to Plaintiffs' First Set of Interrogatories dated August 17, 2007 | October 1, 2007 **[October 1, with rolling production of documents to end of October]** |
| Initial Disclosures by all parties | October 1, 2007 **[October 15, 2007]** |
| 30(b)(6) deposition(s) of BMS related to FLSA 216(b) notice | On or before October 30, 2007 |
| Plaintiffs' motion for 216(b) notice | November 30, 2007 |
| BMS Opposition Brief (if any) | December 21, 2007 |
| Plaintiffs' Reply Brief (if any) | January 11, 2007 |
| Fact Discovery to Conclude | 3 months after conclusion of FLSA notice period |
| Parties to exchange expert reports **[Plaintiff to provide expert report]** | 4 months after conclusion of FLSA notice period |
| Parties to exchange rebuttal expert reports (if any) **[Defendant to provide expert report]** | 5 months after conclusion of FLSA notice period |
| Expert depositions to be completed | 6 months after conclusion of FLSA notice period |
| Summary judgment motion(s) (if any) | Three weeks after the conclusion of expert discovery |
| Summary judgment opposition brief(s) | Six weeks after the conclusion of expert discovery |
| Summary judgment reply/ies | Eight weeks after the conclusion of expert discovery |