## CONSENT TO SUE UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a current or former employee of Bristol-Myers Squibb Company. I consent to sue in the action to collect unpaid wages, including overtime wages, and related relief against Bristol-Myers Squibb Company.

Maia Crystal Pate
Full Legal Name (Print)

/s/ Maia C. Pate
Signature

2/12/2008
Date

6 Victor Place
Bloomfield NJ 07003

Mailing Address (Print)