## CONSENT TO SUE UNDER FEDERAL
## FAIR LABOR STANDARDS ACT

I am a current or former employee of Bristol-Myers Squibb Company. I consent to sue in the action to collect unpaid wages, including overtime wages, and related relief against Bristol-Myers Squibb Company.

DOUGLAS KENNETH BRIDLE
Full Legal Name (Print)

_____
Signature

FEBRUARY 8, 2008
Date

530 TIMBERLINE DR
LENOIR CITY
TN. 37772

Mailing Address (Print)

ECBA LLP\1532\3\00003894.WPD