## CONSENT TO SUE UNDER FEDERAL
## FAIR LABOR STANDARDS ACT

      I am a current or former employee of Bristol-Myers Squibb Company. I consent to sue in the action to collect unpaid wages, including overtime wages, and related relief against Bristol-Myers Squibb Company.

_Jocelyn Marie Martin_
Full Legal Name (Print)

_Jocelyn M. Martin_
Signature

_1/15/2008_
Date

_3410 Titanic Dr._
_Stafford, VA 22554_

Mailing Address (Print)

Emery, Celli, Brinckerhoff & Abady LLP\1532\3\00001931.WPD