**MEMO ENDORSED**

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com


RECEIVED FEB 26 2008 CHAMBERS OF DENISE COTE

February 26, 2008

**By Hand**
Honorable Denise Cote
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

Re:   *Amendola v. Bristol-Myers Squibb Company*, 07 Civ. 6088 (DLC)

Your Honor:

We represent plaintiff and the putative members of the collective action in the above-captioned case. We write to respectfully request a two-day extension of time to file our reply brief in support of our motion for notice pursuant to FLSA § 216(b). The brief is currently due tomorrow, Wednesday, February 27, 2008. We request a brief extension until Friday, February 28, 2008. Defendant consents to extension, and this is the first request for an extension of time to file this reply brief.[1] I am the principal author of the brief and request the extension due to a serious family medical emergency. If the Court wants more information regarding the nature of the emergency, I will provide such information. Thank you for your attention to this matter.

Respectfully Submitted,

Elizabeth S. Saylor

c:   Bettina Plevan and Josh Alloy (by fax and e-mail)

*Reply is due 2/29/08.*
*/s/ Denise Cote*
*2/26/08*

---

[1] The date the reply brief has been moved previously due to extensions the parties jointly requested to file the opening and opposition briefs due to deposition scheduling depositions. The time to file the reply brief, however, was not extended.