ORIGINAL

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, on behalf  Plaintiff,
of herself and others
similarly situated

- against -

Bristol-Myers Squibb    Defendant.
Company, et al.

7 cv 6088 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

FEB 2 6 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Jonathan S. Abady  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Eric B. Kingsley
Firm Name: Kingsley & Kingsley, APC
Address: 16133 Ventura Boulevard, Suite 1200
City/State/Zip: Encino, CA 91436
Phone Number: (818) 990-8300
Fax Number: (818) 990-2903

Eric B. Kingsley     is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against  Eric B. Kingsley
in any State or Federal court.

Dated: 11/14/2007
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar  JA5147
Firm Name: Emery Celli Brinckerhoff & Abady LLP
Address: 75 Rockefeller Plaza, 20th Floor
City/State/Zip: New York, New York 10019
Phone Number: (212) 763-5000
Fax Number: (212) 763-5001

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BETH AMENDOLA, on behalf of herself
and others similarly situated,

                Plaintiffs,                07 CV 6088 (DLC)

      v.                        **AFFIDAVIT OF JONATHAN S.
                                    ABADY IN SUPPORT OF
                                    MOTION TO ADMIT COUNSEL
BRISTOL-MYERS SQUIBB COMPANY,    PRO HAC VICE**

                Defendants.
------------------------------------------------------x

Jonathan S. Abady being duly sworn, hereby deposes and says as follows:

1. I am a partner of Emery Celli Brinckerhoff & Abady LLP, and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eric B. Kingsley as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern, Eastern, and Northern Districts of New York, and am in good standing with these Courts.

3. I have known Eric B. Kingsley since November 2006.

4. Mr. Kingsley is a partner of Kingsley & Kingsley, APC.

5. I have found Mr. Kingsley to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eric B. Kingsley, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Eric B. Kingsley, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric B. Kingsley, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: November 14, 2007
City, State: New York, New York

Respectfully submitted,

By: _____
Jonathan S. Abady
Bar Roll No. JA5147
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

NOTARIZED: _____  14 November, 2007

SENNA RIAHI
Notary Public, State of New York
No. 01RI6113724
Qualified in New York County
Commission Expires August 2, 2008

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, on behalf of herself and others similarly

Plaintiff,

- against -

Bristol-Myers Squibb Company, et al.

Defendant.

7 cv 6088 (DLC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jonathan S. Abady attorney for Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Eric B. Kingsley |
| Firm Name: | Kingsley & Kingsley, APC |
| Address: | 16133 Ventura Boulevard, Suite 1200 |
| City/State/Zip: | Encino, CA 91436 |
| Telephone/Fax: | (818) 990-8300 |
| Email Address: | eric@kingsleykingsley.com |

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC BRYCE KINGSLEY, #185123 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SERVICE LIST
Amendola, et al. v. Bristol-Myers Squibb Company
US District Court-Southern District of New York
Case No. 07 cv 6088 (DLC)

Joshua F. Alloy
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Counsel for Defendant Bristol-Myers Squibb

Suzette Ivanova
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Counsel for Defendant Bristol-Myers Squibb

Bettina Barasch Plevan
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Counsel for Defendant Bristol-Myers Squibb

Charles Joseph
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
Counsel for Plaintiff Beth Amendola

David Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue NW, Suite 310
Washington, DC 20009
(202) 742-7777

950 Third Avenue, 10th Floor
New York, NY 10022
(646) 723-2947
Counsel for Plaintiff Beth Amendola

Ira Spiro
SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
(310) 235-2468
Counsel for Plaintiff Beth Amendola

Jonathan Abady
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
Counsel for Plaintiff Beth Amendola

Elizabeth Saylor
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
Counsel for Plaintiff Beth Amendola

Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail on February 25, 2008 to the parties listed above.

By: _____
Michelle A. Tanzer