MEMO ENDORSED

ORIGINAL DOC # 36

SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beth Amendola, on behalf Plaintiff,
of herself and others
similarly situated

- against -

Bristol-Myers Squibb     Defendant.
Company, et al.

7 cv 6088 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Granted.
[signature] Cote
7/29/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan S. Abady a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Eric B. Kingsley
Firm Name: Kingsley & Kingsley, APC
Address: 16133 Ventura Boulevard, Suite 1200
City/State/Zip: Encino, CA 91436
Phone Number: (818) 990-8300
Fax Number: (818) 990-2903

Eric B. Kingsley is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against Eric B. Kingsley in any State or Federal court.

Dated: 11/14/2007
City, State: New York, New York

Respectfully submitted,
[signature]
Sponsor's
SDNY Bar JA5147
Firm Name: Emery Celli Brinckerhoff & Abady LLP
Address: 75 Rockefeller Plaza, 20th Floor
City/State/Zip: New York, New York 10019
Phone Number: (212) 763-5000
Fax Number: (212) 763-5001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

SDNY Form Web 10/2006

FEB 2 6 2008