UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETH AMENDOLA, on behalf of herself and others similarly situated,<br><br>                                        Plaintiff,<br><br>      -against-<br><br>BRISTOL-MYERS SQUIBB CO., and Does 1 through 20, inclusive,<br><br>                                        Defendants. | **DECLARATION OF ELIZABETH S. SAYLOR IN FURTHER SUPPORT OF MOTION FOR 216(b) NOTICE**<br><br>**07-CV-6088 (DLC)** |

ELIZABETH S. SAYLOR, declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am associated with the firm of Emery Celli Brinckerhoff & Abady LLP, attorneys for Plaintiff Beth Amendola and the proposed collective action members. I submit this declaration in further support of Plaintiff's motion for notice pursuant to 29 U.S.C. § 216(b), equitable tolling of the statute of limitations, and the production of the names and contact information of all persons who are or were employed by defendant Bristol-Myers Squibb Co. ("BMS") in the U.S. as an Associate Territory Business Manager, Territory Business Manager, Senior Territory Business Manager, and Executive Territory Business Manager (collectively referred to as "Pharmaceutical Reps") from June 28, 2004 to date, so that notice can be sent by mail.

2.  Attached hereto as Exhibit A is a true and correct copy of the order certifying a § 216 collective action in *Schaefer-Larose v. Eli Lilly & Co.*, No. 07-1133 (S.D.Ind. Feb. 22, 2008).

3.   Attached hereto as Exhibit B is a true and complete copy of the opinion certifying a § 216 collective action in *Ruggeri v. Boehringer Ingelheim Corp.*, No. 06-1985 (D. Conn. Feb. 27, 2008).

4.   Attached hereto as Exhibit C is a true and complete copy of plaintiffs-appellants' opening brief to the Ninth Circuit appealing the decision in *D'Este v. Bayer Corp.*, 2007 U.S. Dist. LEXIS 87229 (C.D. Ca. Oct. 9, 2007).

5.   Attached hereto as Exhibit D is a true and complete copy of plaintiffs'-appellants' opening brief to the Ninth Circuit appealing the decision in Barnick v. Wyeth, 522 F. Supp. 2d 1257 (C.D. Cal. 2007).


Dated: February 29, 2008
        New York, New York

Elizabeth S. Saylor, ESS 8099