UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BETH AMENDOLA, on behalf of herself and
others similarly situated,

                Plaintiffs,

v.

BRISTOL-MYERS SQUIBB COMPANY,
and Does 1 through 20, inclusive,

                Defendants.
------------------------------------------------------x

INDEX NO: 07-CV-6088 (DLC)

FLSA COLLECTIVE ACTION

**AFFIDAVIT OF SERVICE**

       I, Kelly Stefanco, a Legal Assistant at Emery Celli Brinckerhoff and Abady LLP, hereby affirm under penalty of perjury that I am not a party to the action, am over the age of eighteen years old and reside in the County of New York, New York:

       On February 29, 2008, I caused to be served true and accurate copies of **Plaintiff's Memorandum of Law in Further Support of Motion for 216(b) Notice** and **Declaration of Elizabeth S. Saylor in Further Support of Motion for 216(b) Notice** by electronic mail through the ECF system upon the following individuals:

                Bettina Plevan, Esq.
                Josh Alloy, Esq.
                Susette Ivanova. Esq.
                Proskauer Rose LLP
                1585 Broadway
                New York, New York 10036

Dated: New York, New York
       February 29, 2008

                                                  _____
                                                      Kelly Stefanco

Sworn To Before Me This
29th Day of February, 2008

_____
NOTARY PUBLIC

                ELIZABETH SAYLOR
          Notary Public, State of New York
               No. 02SA6081608
          Qualified in Kings County
        Commission Expires Oct. 7, 20 10