SCANNED
RECEIVED

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETH AMENDOLA, et al, § | CAUSE NO. 07-cv-6088-DLC |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | **MOTION TO ADMIT COUNSEL** |
| BRISTOL-MYERS SQUIBB COMPANY, § | ***PRO HAC VICE*** |
| Defendants. § | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | James A. Jones |
| Firm Name: | Gillespie, Rozen, Watsky & Jones, P.C. |
| Address: | 3402 Oak Grove Avenue, Suite 200 |
| City/State/Zip: | Dallas, Texas 75204 |
| Phone Number: | (214) 720-2009 |
| Fax Number: | (214) 720-2291 |

Granted.

/s/ Denise Cote

May 5, 2008

James A. Jones is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against James A. Jones in any State or Federal court.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```