```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BETH AMENDOLA, on behalf of herself and :
others similarly situated,              :
                                        :
                    Plaintiff,          :    07 Civ. 6088 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
BRISTOL-MYERS SQUIBB COMPANY, and Does  :
1 through 20, inclusive,                :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

DENISE COTE, District Judge:

The Court having denied plaintiff's motion for authorization of notice and equitable tolling by an Opinion and Order dated today, it is hereby

ORDERED that the parties shall appear for a conference with the Court in Courtroom 11B of the United States Courthouse, 500 Pearl Street, New York, New York, at 2:30 p.m. on June 26, 2008.

SO ORDERED:

Dated:   New York, New York
         June 4, 2008

                                   _____
                                            DENISE COTE
                                   United States District Judge