```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
BETH AMENDOLA, on behalf of herself and :   07 CIV. 6088 (DLC)
others similarly situated,           :
                                     :       PRETRIAL
               Plaintiff,            :   SCHEDULING ORDER
                                     :
      -v-                            :
                                     :
BRISTOL-MYERS SQUIBB COMPANY, and Does :
1 through 20, inclusive,             :
                                     :
               Defendants.           :
                                     :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held on June 26, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **June 27, 2008** in order to pursue settlement discussions under her supervision.

2.  The following motion will be served by the dates indicated below.

    Defendants' motion to dismiss as to the opt-in plaintiffs Bridle and Martin

    -   Motion served by **July 25, 2008**
    -   Opposition served by **August 8, 2008**
    -   Reply served by **August 15, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

3.  All fact discovery pertaining to Amendola and Pate shall be completed by **October 31, 2008**.

4.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **November 21, 2008**
    - Opposition served by **December 19, 2008**
    - Reply served by **January 9, 2009**

Dated:   New York, New York
         June 27, 2008

                                    _____
                                        DENISE COTE
                                    United States District Judge