```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
BETH AMENDOLA, on behalf of herself :
and others similarly situated,            :
                                          :
                    Plaintiffs,           :    07 CV 6088 (DLC)
                                          :
        v.                                :    STIPULATION & ORDER
                                          :    DISMISSING DOUGLAS
BRISTOL-MYERS SQUIBB COMPANY,             :    BRIDLE'S CLAIMS
and Does 1 through 20, inclusive,         :    WITH PREJUDICE
                                          :
                    Defendants.           :
------------------------------------------------X

IT IS ALSO HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between defendant and plaintiffs to this case and it is so ordered by the Court, that all claims asserted by opt-in plaintiff Douglas Bridle are hereby dismissed with prejudice; and it is hereby further stipulated and agreed that execution by facsimile or email shall be deemed proper and full execution of this Stipulation.

Dated: New York, NY
       August 15, 2008

EMERY CELLI BRINCKERHOFF          PROSKAUER ROSE LLP
& ABADY LLP

By: _____       By: _____
    Jonathan S. Abady (JSA 5147)      Bettina B. Plevan (BP 7460)
    Elizabeth S. Saylor (ESS 8091)    Joshua F. Alloy (JA 4372)
    Ilann M. Maazel (IM 5724)         1585 Broadway
    75 Rockefeller Plaza              New York, New York 10036
    New York, New York 10019          (212) 969-3000
    (212) 763-5000                    *Attorneys for Defendant*

    David W. Sanford*
    Stefanie Roemer*
    SANFORD, WITTELS & HEISLER, LLP
    1666 Connecticut Avenue, N.W., Suite 310

So ordered.

_____
August 21, 2008

Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Eric B. Kinglsley*
KINGSLEY & KINGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Tel.: (818) 990-8300
Fax: (818) 990-2903

Ira Spiro*
SPIRO MOSS BARNESS & BARGE LLP
11377 West Olympic Boulevard, 5th Fl
Los Angeles, CA 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

James Jones*
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204
Tel: (214) 720-2009
Fax: (214) 720-2291

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs*


SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE